GARY C. ROBB
ANITA PORTE ROBB
BRITTANY SANDERS ROBB
ROBB & ROBB LLC
One Kansas City Place
1200 Main Street, Suite 3900
Kansas City, Missouri 64105
Telephone:   (816) 474-8080
Facsimile:   (816) 474-8081
E-mail:   gcr@robbrobb.com
         apr@robbrobb.com
         bsr@robbrobb.com

LAWRENCE J. SMITH (NSB #6505)
BERTOLDO CARTER SMITH & CULLEN
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone:   (702) 228-2600
Facsimile:   (702) 228-2333
E-mail:   lawre3@NVLegalJustice.com

Attorneys for Plaintiffs

**UNNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| CEDOMIR RAKIC, individually and as Parent and Natural Guardian of the minor child M.R., AMY RAKIC, individually and as Parent and Natural Guardian of the minor child M.R., and MADDISON RAKIC,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>PAPILLON AIRWAYS, INC. d/b/a PAPILLON GRAND CANYON HELICOPTERS,<br><br>　　　Defendant. | CASE NO: 2:23-cv-00321<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Honorable Andrew P. Gordon |

Plaintiffs CEDOMIR RAKIC, individually and as Parent and Natural Guardian of the minor child M.R., AMY RAKIC, individually and as Parent and Natural Guardian of the minor child M.R., and MADDISON RAKIC, individually, do now dismiss their action **without prejudice** against Defendant Papillon Airways, Inc. d/b/a Papillon Grand Canyon Helicopters pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March 7, 2023 | Respectfully submitted, |
| 3 | | BERTOLDO CARTER SMITH & CULLEN |

By: /s/ Lawrence J. Smith
LAWRENCE J. SMITH (NSB #6505)
7408 W. Sahara Avenue
Las Vegas, Nevada 89117

GARY C. ROBB
ANITA PORTE ROBB
BRITTANY SANDERS ROBB
ROBB & ROBB LLC
One Kansas City Place
1200 Main Street, Suite 3900
Kansas City, Missouri 64105

*Attorneys for Plaintiffs*